## 44378. SPALDING COUNTY et al. v. MARVIN E. JOHNSON CONSTRUCTION COMPANY.
### (355 SE2d 664)

WELTNER, Justice.

1. The failure of a property owner to challenge within thirty days the rezoning of his property from a higher density use to a lower density use (sometimes called "downzoning") precludes him from judicial relief. *Village Centers v. DeKalb County*, 248 Ga. 177 (281 SE2d 522) (1981). *Wilson v. City of Snellville*, 256 Ga. 734 (352 SE2d 759) (1987).

2. This holding is without prejudice to Johnson's pending rezoning application.

*Judgment reversed. All the Justices concur.*

DECIDED MAY 19, 1987.

*Beck, Owen & Murray, J. C. Owen, Jr.,* for appellants.
*Glover & Davis, J. Littleton Glover, Jr.,* for appellee.